FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

KENNETH WHITTLE,

Plaintiff,

v.

BNSF RAILWAY COMPANY,

Defendant.

No. 2:26-cv-00256-RLP

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER

**ECF No. 18**

Before the Court is the parties' Stipulated Motion for Protective Order. ECF No. 18. The parties seek a protective order to protect "information and documents of a non-public, confidential, and/or proprietary nature, such as private and sensitive information related to Plaintiff, or other current or former BNSF employees and non-public sensitive business information." *Id.*

The Court declines to sign off on the parties' agreed protective order, as it is too broad. There is a strong presumption in favor of access to court records. *In re Midland Nat. Life Ins. Co. Annuity Sales Pracs. Litig.*, 686 F.3d 1115, 1119 (9th Cir. 2012). Even when parties agree to protective measures for discovery materials, courts generally favor allowing access to such materials by individuals involved in related litigation, as this promotes judicial economy. *Cordero v. Stemilt AG Servs.*, 142 F.4th 1201, 1207 (9th Cir. 2025) (citing *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1131 (9th Cir. 2003)).

Under Federal Rule of Civil Procedure 26(c), "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." The party seeking a protective order has the burden of establishing good cause and must show prejudice "for each particular document it seeks to protect." *Foltz*, 331 F.3d at 1130. "Broad allegations of harm, unsubstantiated by specific examples or articulated reasoning, do not satisfy the Rule 26(c) test." *Beckman Indus., Inc. v. Int'l Ins. Co.*, 966 F.2d 470, 476 (9th Cir. 1992). The requirement to demonstrate good cause cannot be waived, and remains even where the parties stipulate to the order. *San Jose Mercury News, Inc. v. U.S. Dist. Ct.--N. Dist. (San Jose)*, 187 F.3d 1096, 1103 (9th Cir. 1999).

The Court denies the parties' request for a protective order without prejudice. The parties are free to file an amended motion that takes into account the foregoing authorities.

**Accordingly, IT IS ORDERED:**

1. The Stipulated Motion for Protective Order, **ECF No. 18,** is **DENIED** without prejudice.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED October 6, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE