FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KENNETH WHITTLE,<br><br>Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY,<br><br>Defendants. | No. 2:26-cv-00256-RLP<br><br>ORDER GRANTING CONSTRUED STIPULATED MOTION TO AMEND COMPLAINT |

Before the Court is the parties' Stipulation to Amend Complaint, which the Court construes as a stipulated motion to amend the complaint. ECF No. 20. The proposed amendment seeks to "expressly identify [Plaintiff's] FMLA interference claim under 29 U.S.C. § 2615(a)(1) and clarify the statutory bases for his FMLA claims." *Id.*

The Court will grant the motion as construed. However, in the future, any petitions for action by the Court must be presented as a motion and noted for hearing to ensure the petition receives the requested action.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation to Amend Complaint, construed as a Stipulated Motion to Amend Complaint, **ECF No. 20**, is **GRANTED**.

2. The First Amended Complaint attached as Exhibit A to the Stipulation to Amend Complaint shall be filed within seven (7) days of the date of this order.

3. Defendant shall file a responsive pleading within the time permitted by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED October 13, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE